

AUG 0 9 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**United States of America**                              Docket No. 6:13-cr-0167-01

versus                                                    Judge Richard T. Haik, Sr.

**Damien Guidry**                                         Magistrate Judge C. Michael Hill

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, *R. 32*, and after an independent review of the record including the objections filed by petitioner, *R. 37*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS THEREFORE ORDERED** that defendant, Damien Guidry's, Motion To Dismiss Indictment [Rec. Doc. 16] be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 8th day of August, 2013.

_____
Richard T. Haik, Sr.
United States District Judge