

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **United States of America** | Docket No. 6:13-cr-0167-01 |
| versus | Judge Richard T. Haik, Sr. |
| **Damien Guidry** | Magistrate Judge C. Michael Hill |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, *R. 72*, and after an independent review of the record including the objections filed by petitioner, *R. 73*, as well as Supplemental Exhibit 1, *R. 65*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS THEREFORE ORDERED** that defendant, Damien Guidry's, Motion To Suppress [Rec. Doc. 47] and Motion to Suppress Statements [Rec. Doc. 51] be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 26th day of September, 2013.

_____
Richard T. Haik, Sr.
United States District Judge